## GAS BANK vs. PHELPS.

APPEAL FROM THE COURT OF THE SEVENTH DISTRICT FOR THE PARISH OF CATAHOULA, THE JUDGE OF THE SEVENTH PRESIDING.

The certificate of the notary must be recorded and attested by two witnesses, to be admissible as evidence of notice.

This is an action against the maker and endorser of a promissory note.

The maker made no defence. The defendant, Phelps, pleaded the want of legal notice as endorser, &c. The notary's certificate was not recorded and not attested by two witnesses. The notary being dead, the certificate was the only evidence of notice. It was objected to as insufficient, but admitted, and the defendant excepted.

There was judgment for the plaintiffs, and the endorser alone appealed.

*Mayo & Purvis*, for the plaintiffs.

*Phelps*, in propria persona.

*Bullard, J.* delivered the opinion of the court.

The endorser of a promissory note is appellant from a judgment rendered against him as such. He specially denied notice of a demand of the drawer, and his refusal or neglect to pay. And the only evidence offered by the plaintiffs, to prove such notice was the certificate of a notary public, without witnesses. The case cannot be distinguished from that of the same plaintiffs vs. Nuttall, just decided; *ante* 447.

It is therefore ordered, adjudged and decreed, that the judgment of the District Court be avoided and reversed, and that ours be for the defendant as in the case of a non-suit, with costs in both courts.